AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| All European Auto Supply, Inc. | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No. 17-cv-13158 |
| v. | ) | |
| Aisin Seiki Co., Ltd. et al | ) | Hon. John Corbett O'Meara |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: Aisin Automotive Casting, LLC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Manuel J. Dominguez
> Cohen Milstein Sellers & Toll PLLC
> 2925 PGA Blvd.
> Suite 200
> Palm Beach Gardens, FL 33410

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/N. Ahmed
*Signature of Clerk or Deputy Clerk*

Date of Issuance: September 26, 2017



## UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN

All European Auto Supply, Inc., individually and on behalf of a class of all others similarly situated

Plaintiff

vs.

Case No: 2:17-cv-13158-JCO-APP

Aisin Seiki Co., Ltd, et al.

Defendant

### AFFIDAVIT OF SERVICE

I, Alex May, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons and Class Action Complaint in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 12/19/2017 at 1:17 PM, I served Aisin Automotive Casting, LLC c/o Corporation Service Company, Registered Agent with the Summons and Class Action Complaint at 421 West Main Street, Frankfort, Kentucky 40601 by serving Christian Bast, Designated Agent, authorized to accept service.

Christian Bast is described herein as:

Gender: Female   Race/Skin: White   Age: 30   Weight: 160   Height: 5'6"   Hair: Blonde   Glasses: No

I do solemnly declare and affirm under penalty of perjury that I have read the foregoing information set forth herein is correct to the best of my knowledge, information, and belief.

12/19/17
Executed On



Alex May

Client Ref Number: 22850.019
Job #: 1537643

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050