# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION** | **CASE NO. 12-MD-02311**<br>**HON. SEAN F. COX** |
| In Re:<br>**VALVE TIMING CONTROL DEVICES** | |
| **THIS RELATES TO:**<br>**ALL DIRECT PURCHASER ACTIONS** | 2:13-cv-02501-SFC-RSW<br>2:17-cv-13158-SFC-RSW<br>2:19-cv-10980-SFC-RSW |

**ORDER AUTHORIZING**
**DISTRIBUTION OF THE SETTLEMENT FUND**

AND NOW, this 25th day of January 2022, upon consideration of the Direct Purchaser Plaintiff's Motion for an Order Authorizing Distribution of the Settlement Fund, the Brief in Support thereof (hereinafter "the Brief"), and the entire record in this matter, it is hereby ORDERED as follows:

1. Approval is hereby given for the 15 claims, with Allowed Purchases in the aggregate amount of $2,520,150,713.10, to participate in the distribution of the Settlement Fund, as set forth in the Brief, and as set forth in the Recommended Payable Claims section of Exhibit A to the Declaration of Tiffany Shroyer regarding claims administration (the "Shroyer Declaration").

2. Any claims submitted after May 7, 2021, are hereby rejected as untimely and are barred from participating in any distribution of the Settlement Fund.

3. The 300 claims with Disallowed Purchases in the total amount of $264,001,556.03 (set forth in the Recommended Non-Payable Claims section of Exhibit A to the Shroyer Declaration) are hereby barred from participation in the distribution of the Settlement Fund.

4.      Settlement Class Counsel are hereby authorized to retain a reserve of $60,000.00 from the Settlement Fund for payment of taxes due on interest earned by the Settlement Fund and tax return preparation costs; payments as a result of any unforeseen issues involving previously submitted claims; possible payment of additional late claims; payments for additional services and costs related to settlement and claims administration and bank fees and costs; and payments for any unforeseen contingencies relating to the litigation.

5.      Payments to Epiq Class Action & Claims Solutions totaling $104,800.06 for settlement and claims administration services and costs through September 30, 2021, are hereby approved.

6.      Distribution of $1,713,164.03 (the balance of the Settlement Fund available for distribution referenced in paragraph 7 of the Brief less the $60,000.00 reserve fund) is authorized to the 15 claimants whose claims were approved in paragraph 1 above, *pro rata* to the extent of their Allowed Purchases.

7.      The distributions authorized and approved herein shall be made as soon as can be reasonably accomplished.

8.      The actions of Settlement Class Counsel and Epiq Class Action & Claims Solutions in connection with the administration of the settlements and the Settlement Fund are approved.

**IT IS SO ORDERED.**

Dated: January 25, 2022                               s/Sean F. Cox
                                                      Sean F. Cox
                                                      U. S. District Judge