# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | : | CASE NO. 12-MD-02311 <br> HON. SEAN F. COX |
| IN RE: VALVE TIMING CONTROL DEVICES | : | 2:13-cv-02501-SFC-RSW <br> 2:17-cv-13158-SFC-RSW <br> 2:19-cv-10980-SFC-RSW |
| THIS RELATES TO <br> ALL DIRECT PURCHASER ACTIONS | : | |

## ORDER AUTHORIZING DISPOSITION OF SETTLEMENT FUND BALANCE AND TERMINATION OF LITIGATION

AND NOW, this 20th day of June, 2023, upon consideration of Plaintiffs' Motion for Orders Authorizing Disposition of Settlement Fund Balances and Termination of Litigation, the Memorandum in Support thereof, and the entire record in this matter, it is hereby ORDERED as follows:

1. Payments to Epiq Class Action & Claims Solutions ("Epiq") totaling $13,349.10 for settlement and claims administration services and costs from October 1, 2021 through March 31, 2022 are hereby approved.

2. Payment to Epiq from the Settlement Fund in an amount not to exceed $14,207.14 for settlement and claims administration services and costs, including tax preparation charges, from April 1, 2022 to the conclusion of the litigation, is hereby authorized.

3. The right of the claimant identified in paragraph 24 of Plaintiffs' Memorandum to the funds represented by its outstanding check is hereby terminated and those funds will be included in the disposition authorized below.

{00239203 }

4.      Settlement Class Counsel are authorized to disburse the balance of the Settlement Fund, including any additional accrued interest and tax refunds, but less any additional unforeseen expenses and costs related to settlement and claims administration, to the Federal Bar Foundation of Detroit.

5.      All Settlement Class members, whether or not they filed a claim or received payment from the Settlement Fund, are barred from making further claims against the Settlement Fund.

6.      After a minimum of one year following entry of this Order, Settlement Class Counsel and Epiq may destroy all claim forms, related correspondence, and other materials relating to the administration of the settlements or distribution of the Settlement Fund.

7.      Settlement Class Counsel are hereby discharged from all further responsibility for the Settlement Fund and for this litigation upon compliance with this Order.

**IT IS SO ORDERED.**

Dated:  June 20, 2023                                   s/Sean F. Cox
                                                        Sean F. Cox
                                                        U. S. District Judge